# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00727-EWN-BNB

CEZER MORRIS, et al.,

       Plaintiff,

v.

TRAVELERS INDEMNITY COMPANY OF AMERICA, a Connecticut corporation,

       Defendant.

---

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME
## TO ENDORSE EXPERT WITNESSES (UNOPPOSED)

---

*Certificate pursuant to Rule 7.1:* *Counsel for the Plaintiff has conferred with counsel for the Defendant, and counsel for Defendant does not oppose the relief requested herein.*

COMES NOW the Plaintiff, CEZER MORRIS, by and through his undersigned attorneys, and moves this Honorable Court for an extension of time in which to endorse expert witnesses, and as grounds therefore, states:

1. According to the Scheduling Order in this matter, the deadline for endorsement of expert witnesses is October 19th, with rebuttal experts to be endorsed on November 21, 2005.

2. Because of delays in providing documents to the Plaintiff's counsel, and in designating Rule 30(b0(6) witnesses, the Plaintiff's counsel has only received supplemental discovery responses on September 30th, and conducted a Rule 30(b)(6) deposition of a Travelers' representative on October 5, 2005.

3. As such, there is inadequate time to provide a transcript of any depositions or any exhibits to any expert, and give that person adequate time to evaluate those documents by October 19th.

4. Plaintiff's counsel believes that an extension of time until November 2, with rebuttal witnesses thereafter due on November 28th, would allow sufficient time to obtain any such opinions.

WHEREFORE, the Plaintiff moves for an Order of this Court, extending the time for Expert Disclosures until November 2, 2005, with rebuttal experts being due on November 28, 2005.

Respectfully submitted this 13th day of October, 2005.

        s/L. Dan Rector
        L. Dan Rector
        The Carey Law Firm
        2301 East Pikes Peak Ave.
        Colorado Springs, Colorado  80909
        Phone: (719) 635-0377
        Fax: (719) 635-2920
        Email: drector@careylaw.com

        Robert E. Markel
        FRANKLIN D. AZAR & ASSOCIATES, P.C.
        14426 East Evans Avenue
        Aurora, CO 80014
        markelb@fdazar.com

        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on October 13, 2005, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

jelliff@mofo.com
markelb@fdazar.com

I hereby certify that on October 13, 2005, a true and correct copy of the above and foregoing was served on the following by United States Mail, postage prepaid:

Cezer Morris
16693 East 11th Avenue
Aurora, CO 80011

                                        s/L. Dan Rector
                                        L. Dan Rector
                                        The Carey Law Firm
                                        2301 East Pikes Peak Ave.
                                        Colorado Springs, Colorado  80909
                                        Phone: (719) 635-0377
                                        Fax: (719) 635-2920
                                        Email: drector@careylaw.com