IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–00727–EWN–BNB

CEZER MORRIS, individually, and
on behalf of all others similarly situated,

    Plaintiff,

v.

TRAVELERS INDEMNITY COMPANY OF AMERICA,
a Connecticut Corporation,

    Defendant.

---

## MINUTE ORDER

---

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

"Travelers' Motion to File Surreply in Opposition to Class Certification" (Document 43) filed December 14, 2005 is GRANTED.

Dated: December 15, 2005