IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-727-EWN-BNB

CEZER MORRIS, individually, and on behalf of all others similarly situated,

Plaintiff,

v.

TRAVELERS INDEMNITY COMPANY OF AMERICA, a Connecticut corporation,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Motion for Leave to File Under Seal Travelers Motion for Protective Order and to Compel the Return of Documents Protected by Attorney-Client Privilege and Attorney Work Product** (the "Motion"), filed on December 28, 2006.

      IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to retain the Motion for Protective Order and to Compel the Return of Documents Protected by Attorney-Client Privilege and Attorney Work Product (docket entry no. 57) UNDER SEAL.

DATED: January 5, 2006.