IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

| | |
|---|---|
| Nel Steffens, Deputy Clerk<br>Therese Lindblom, Court Reporter | Date: April 11, 2008 |

Civil Action No. 05–cv–00727–EWN–BNB

| *Parties:* | *Counsel:* |
|---|---|
| CEZER MORRIS, individually, and<br>on behalf of all others similarly situated, | L. Daniel Rector |
| Plaintiff, | |
| v. | |
| TRAVELERS INDEMNITY COMPANY<br>OF AMERICA,<br>a Connecticut Corporation, | Lila Bateman |
| Defendant. | |

## COURTROOM MINUTES

**Status Conference**

**2:43 p.m.**      Court in session.

Court calls case and appearances.

Court reviews the Tenth Circuit's reversal and remand.

**ORDERED:  1.      The Joint Motion for Revised Scheduling Order (#110, filed April 9, 2008) is GRANTED.  Discovery cut-off date is July 11, 2008.**

Court directs counsel to contact Magistrate Judge Boland's chambers to set a further brief scheduling conference.

**ORDERED: 2.     Dispositive motion deadline is August 11, 2008.**

**2:45 p.m.**     Court in recess.

Hearing concluded.

Total time in court:  00:02