IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-727-EWN-BNB

CEZER MORRIS, individually, and on behalf of all others similarly situated,

Plaintiff,

v.

TRAVELERS INDEMNITY COMPANY OF AMERICA, a Connecticut corporation,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Status Report and Motion to Vacate Settlement Conference** [docket no. 128, filed July 7, 2008] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed.R.Civ.P. 41(a) on or before **July 30, 2008**, or a status report addressing why dismissal has not been accomplished.

IT IS FURTHER ORDERED that all future hearings set before Magistrate Judge Boland are **vacated**.

DATED: July 8, 2008.